v.

**DEPARTMENT OF PUBLIC WELFARE, Petitioner**

**Lancaster County Children and Youth Services, Intervenor.**

Supreme Court of Pennsylvania.

March 21, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of March, 2013, the Petition for Allowance of Appeal is **GRANTED** on the following issue, as stated by Petitioner:

Whether Commonwealth Court erred in requiring a "clear and convincing" evidentiary standard of proof in child abuse expunction cases under the Child Protective Services Law (CPSL), 23 Pa.C.S. §§ 6301–6386, where the legislature had established substantial evidence as the required standard of proof?